AO 442 (Rev. 11/11) Arrest Warrant

FILED

2025 SEP 16  PM 4: 36

CLERK. U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.
Victor Alfonso MATOS-BASTIDAS,

)
)
)
)
)
)
)

Case No.  EP-25-M-1082-RFC

Received
MAR 17 2025
USMS W/TX

El Paso

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Victor Alfonso MATOS-BASTIDAS                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

On or about August 24, 2022, near El Paso, Texas, in the Western District of Texas, Victor Alfonso MATOS-BASTIDAS, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(I) (Improper Entry by Alien), a Class B misdemeanor.

Date:      03/14/2025

_____
Issuing officer's signature

City and state:    El Paso, Texas

Robert F. Castaneda, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on (date) _____ , and the person was arrested on (date) _____
at (city and state) _____ .

Date: _____

A true copy of the original, I certify.
Clerk, U.S. District Court

By_____
       Deputy

Executed by DHS
On August 8, 2025
In Orlando, Florida

_____
Arresting officer's signature

_____
Printed name and title